UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVANA VELA, | ) |
|         Petitioner, | ) No. CV-08-082-CI |
| v. | ) No. CV-08-086-CI |
| JOHN McGRATH and WILLIAM BROWN, | ) NO. CV-08-136-CI |
|         Respondents. | ) ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE RESPONDENT JOHN McGRATH AS A PARTY |
| TIFFANY LYNN SCOTT, | ) |
|         Petitioner, | ) |
| v. | ) |
| JOHN McGRATH, et al., | ) |
|         Respondents. | ) |
| LAURA M. COOK, | ) |
|        Petitioner, | ) |
| v. | ) |
| JOHN McGRATH, et al., | ) |
|        Respondents. | ) |

Pursuant to the Stipulated Motion for Dismissal,

**IT IS ORDERED** the Motion **(Ct. Rec. 30, No. CV-08-082-CI; Ct. Rec. 30, No. CV-08-086-CI; Ct. Rec. 29, No. CV-08-136-CI)** is **GRANTED.** John McGrath, serving in his capacity as Commander of

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH
PREJUDICE RESPONDENT JOHN McGRATH AS A PARTY - 1

Geiger Center, a Spokane County Sheriff's Department Correctional Facility, is **DISMISSED** as a party from the above action with prejudice and without costs.

DATED July 2, 2008.

                    S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE