UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IVANA VELA,                          )     NO. CV-08-082-JPH
                                     )
                Petitioner,          )     NO. CV-08-086-JPH
                                     )
        vs.                          )     NO. CV-08-136-JPH
                                     )
JOHN McGRATH and WILLIAM             )
BROWN,                               )
                                     )     **ORDER ADOPTING REPORT AND**
                Respondents.         )     **RECOMMENDATION**
                                     )
_____        )
                                     )
TIFFANY LYNN SCOTT,                  )
                                     )
                Petitioner,          )
                                     )
        vs.                          )
                                     )
JOHN McGRATH, et. al.,               )
                                     )
                Respondents.         )
_____        )
                                     )
LAURA M. COOK,                       )
                                     )
                Petitioner,          )
                                     )
        vs.                          )
                                     )
JOHN McGRATH, et. al.,               )
                                     )
                Respondents.         )
_____        )

**BEFORE THE COURT** for resolution is the Report and Recommendation

entered on December 12, 2008 (Ct. Rec. 44), recommending that the

consolidated amended petitions for writs of habeas corpus (Ct. Recs.

1, 7, 17, & 29) be dismissed and consolidated motions for discovery and an evidentiary hearing (Ct. Recs. 33, 37 - Vela and Scott; Ct. Recs. 32, 36 - Cook) be denied.  Petitioners filed objections on December 23, 2008 (Ct. Rec. 45-46), essentially restating previous arguments.  Having reviewed the report and recommendation, the Court adopts the magistrate judge's analysis and recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 44)** to **dismiss** petitioners' consolidated petitions for writs of habeas corpus and **deny** motions for discovery and an evidentiary hearing is **ADOPTED in its entirety.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

DATED this 4ᵗʰ  day of February 2009.

s/ Edward F. Shea

EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\0082.REB-HAB-Order adopting.wpd